UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FISHER,

    Plaintiff,

    v.

CDCR'S ADA COORDINATORS, and VENTURA COUNTY RECORDS,

    Defendants.

Case No. 14-cv-02747-WHO (PR)

**ORDER OF TRANSFER**

This federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Ventura County, which is in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** June 16, 2014

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

        Plaintiff,

  v.

CDCR's ADA COORDINATORS, et al,

        Defendant.

Case Number: CV14-02747 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Dale Barger F85263
Wasco State Prison B-3-206L
P.O. Box 5500
Wasco, CA 93280

Dated: June 16, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk